UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 6, 2019    **Time:** 9:05 – 9:31 A.M.    **Judge:** BETH LABSON FREEMAN
**Total Time:** 26 Minutes

**Case No.:** 5:18-cr-00466-BLF    **Case Name:** UNITED STATES v. Johnny Magdaleno, et al.

**Attorney for Plaintiff:** Stephen Meyer
**Attorney for Defendant:**
Alan Dressler for Johnny Magdaleno (1) - P/C
Gregor Guy-Smith for Vincent Gerald Garcia (2) – P/C
Geoff Miller and Mary Griffin for Rodney Luis Romero (3) – P/C
Michael Stepanian for Ramon Montoya (4) – P/C
Gregor Guy-Smith for Michael James Rice (5) – P/C
Alanna Coopersmith for Alberto Cervantes (6) – P/NC
Bruce Funk for Alejo Alex Alegre (7) – P/NC
Carleen Arlidge for Carlos Cervantes (8) – P/NC
Gail Shifman for Alberto Moreno (9) – P/C
Gregor Guy-Smith for Steven Anthony Dorado (10) – P/C
John Jordan for Michael Abraham Cazares (11) – P/C
Vicki Young for Jeffrey Lopez (12) – P/C
Vicki Young for Juan Alvarez (13) – P/C
Jason Leong for Erik Lopez (14) – P/C
Robert Carey for Jorge Jasso (15) – P/C

**Deputy Clerk:** Tiffany Salinas-Harwell    **Court Reporter:** Irene Rodriguez
**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO:** October 15, 2019 at 9:00 AM for Further Status Conference.

---

**EXCLUDABLE DELAY**
Category: Effective Preparation of Counsel as to all Present Counsel and Defendants
Begins: 8/6/2019
Ends: 10/15/2019

---

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Courtroom Deputy*

Original E-Filed