1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney
2
    HALLIE HOFFMAN (CABN 210020)
3   Chief, Criminal Division

4   CLAUDIA A. QUIROZ (CABN 254419)
    STEPHEN MEYER (CABN 263954)
5   Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7428
        FAX: (415) 436-7234
8       claudia.quiroz@usdoj.gov

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14

15  UNITED STATES OF AMERICA,            )   NO.   CR 18-00466-1 BLF
                                         )
16          Plaintiff,                   )   **STIPULATION AND [PROPOSED] ORDER**
                                         )   **VACATING STATUS CONFERENCE AND**
17      v.                               )   **EXCLUDING TIME FROM JANUARY 7, 2020**
                                         )   **TO FEBRUARY 13, 2020**
18  JOHNNY MAGDALENO,                    )
                                         )
19          Defendant.                   )
                                         )
20  _____  )

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE AND EXCLUDING TIME
PURSUANT TO THE SPEEDY TRIAL ACT
CR 18-00466-1 BLF

1   Defendant JOHNNY MAGDALENO, by and through his counsel Alan Dressler, and the United

2   States of America, by and through its counsel, Assistant United States Attorney Claudia A. Quiroz,

3   hereby stipulate and agree as follows:

4   On October 15, 2019, the Honorable Beth Labson Freeman, with the agreement of the all parties

5   and all defendants present, continued this matter to for a status conference to be held on January 7, 2020,

6   and excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for the

7   purpose of allowing defense counsel adequate time to review discovery and confer with the defendants,

8   taking into account the exercise of due  diligence.

9   Defendant Magdaleno is scheduled to plead guilty on February 13, 2020.  On January 2, 2020

10  the government lodged with the Court a proposed plea agreement to be entered into between the parties.

11  In light of Defendant Magdaleno's intention to plead guilty in this case, the parties respectfully request

12  that the status conference in the above-captioned matter, presently scheduled for Tuesday, January 7,

13  2020, at 9:00 a.m. be vacated as to Defendant Magdaleno.

14  Defendant Magdaleno and the government also hereby agree and stipulate to exclude time under

15  the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A), (h)(7)(B)(iv), and (h)(1)(G).  This

16  continuance is necessary because, if the defendant were not to plead guilty, defense counsel would need

17  additional time for effective investigation and preparation of motions and a defense at trial.  *See* 18

18  U.S.C. §§ 3161(h)(1)(A) and (h)(7)(B)(iv).  Furthermore, the Speedy Trial Act provides for an exclusion

19  of time for any "delay resulting from consideration by the court of a proposed plea agreement to be

20  entered into by the defendant and the attorney for the Government."  18 U.S.C. § 3161(h)(1)(G).  An

21  exclusion of time is appropriate so that the Court may consider the proposed plea agreement between the

22  parties.  The parties submit that the ends of justice served by granting the requested exclusion of time

23  outweigh the best interest of the public and the defendant in a speedy trial.

24  IT IS HEREBY ORDERED that:

25  Good cause having been shown, it is hereby ORDERED that the status conference scheduled for

26  January 7, 2020, at 9:00 a.m. is vacated.  In addition, the period of time from January 7, 2020 to and

27  including February 13, 2020, constitutes a period of justifiable delay based upon consideration by the

28

STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE
AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 18-00466-1 BLF                                          -1-

1    Court of the plea agreement to be entered into by the parties and the necessity of additional time for

2    effective preparation of a defense, which shall be excluded in computing time within which the trial in

3    this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(A), (h)(7)(A),

4    (h)(7)(B)(iv), and (h)(1)(G).  For these reasons, the Court finds that the ends of justice served by the

5    exclusion of time between January 7, 2020 and February 13, 2020 outweigh the best interest of the

6    public and the defendant in a speedy trial.

7              IT IS SO ORDERED.

8    DATED:  January ___, 2020

9                                                                          _____
                                                                            HONORABLE BETH LABSON FREEMAN
10                                                                         United States District Judge

11   Approved As To Form:

12   DAVID L. ANDERSON
     United States Attorney

13

14   _____/s/_____              Dated: January 2, 2020
     CLAUDIA A. QUIROZ
15   STEPHEN MEYER
     Assistant United States Attorneys
16

17

18   _____/s/_____              Dated:  January 2, 2020
     ALAN A. DRESSLER
19   Counsel for Defendant
     JOHNNY MAGDALENO

20

21

22

23

24

25

26

27

28