1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   STEPHEN MEYER (CABN 263954)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7428
       FAX: (415) 436-7234
8      Claudia.Quiroz@usdoj.gov
       Stephen,Meyer@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-00466 BLF |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | |
| JOHNNY MAGDALENO, et al. | |
| Defendants. | |

The government and defendants Vincent Garcia, Michael Cazares, and Jorge Jasso, and each of their respective counsel, appeared before the Honorable Beth Labson Freeman on February 18, 2020 for a status conference. With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from February 18, 2020 to March 17, 2020. The parties agreed, and the Court found and held, as follows:

STIPULATION AND ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 18-00466 BLF

1. The parties agreed to the exclusion of time pursuant to the Speedy Trial Act so that defense counsel would have time to review discovery and confer with the defendants, taking into account the exercise of due diligence, and for continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 18, 2020 to March 17, 2020 from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing for the defense to prepare effectively and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

Good cause having been shown, the period from February 18, 2020 to March 17, 2020 is excluded from the Speedy Trial Act calculations. The Court finds that the ends of justice served by excluding that period from Speedy Trial Act calculations outweighs the interests of the public and the defendants in a speedy trial by allowing for the defense to prepare effectively, and for continuity of counsel, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: February 20, 2020

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge

Approved As To Form:

DAVID L. ANDERSON
United States Attorney

_____/s/_____
CLAUDIA A. QUIROZ
STEPHEN MEYER
Assistant United States Attorneys

_____/s/_____
WM MICHAEL WHELAN, JR.
Counsel for Defendant VINCENT GARCIA

_____/s/_____           _____/s/_____
JOHN J. JORDAN                      ROBERT E. CAREY, JR.
Counsel for Defendant MICHAEL CAZARES    Counsel for Defendant JORGE JASSO